DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TION LESTIAN ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0311

[April 4, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. August A. Bonavita, Judge; L.T. Case No. 22MM000089AMB.

Tion Lestian Anderson, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***